**BORO. OF ST. CLAIR,**

v.

**DEP**

**1026 CD 2016**

Commonwealth Court of Pennsylvania.

07/07/2017

Environmental Hearing Board, EHB No. 2012–148–L

Affirmed

**IN RE: CITY OF PHILA (Tsiakanikas)**

**1085 CD 2016**

Commonwealth Court of Pennsylvania.

07/07/2017

Philadelphia County Civil Division, September Term, 2015, No. 02522

Affirmed

**DOWNINGTOWN AREA SD**

v.

**CHESTER CO. BOARD**

**1461 CD 2016**

Commonwealth Court of Pennsylvania.

07/07/2017

Chester County Civil Division, 2012–11985–AB

Affirmed

**GRECO, T.**

v.

**DGS**

**260 CD 2016**

Commonwealth Court of Pennsylvania.

07/10/2017

Office of Open Records, AP 2015–2653

Reversed/Remanded

**PEDRO, C.**

v.

**BUREAU OF ADMN ADJ**

**876 CD 2016**

Commonwealth Court of Pennsylvania.

07/10/2017

Philadelphia County Civil Division, August Term, 2015 No. 150801110

Affirmed